UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

**ORDER DENYING MOTION FOR LEAVE TO FILE OUT OF TIME APPEAL**

THIS CAUSE comes before the Court for consideration upon Defendant's "Motion to File Out of Time Appeal" (doc. 58). For the following reasons, the motion will be denied.

Pursuant to Federal Appellate Procedure Rule 4(b)(4), "upon a finding of excusable neglect or good cause" this Court may "extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." The 30-day extension provided by Rule 4(b)(4) expired on June 24, 2005. This Court has no authority to extend the time to file a notice of appeal other than as prescribed by Federal Appellate Procedure Rule 4. See Fed. R. App. P. 26(b)(1); Moss v. Sec'y, Dep't of Corr, 177 Fed. Appx. 911, 913-14 (11th Cir. 2006). Therefore, Defendant's motion for leave to file appeal out of time must be denied.

Another vehicle for seeking a belated appeal in certain circumstances is a motion to vacate under 28 U.S.C. § 2255, See Montemoino v. United States, 68 F.3d 416 (11th Cir. 1995); Outler v. United States, 485 F.3d 1273 (11tth Cir. 2007).  From the title and form of the motion, it reasonably appears that Defendant has not sought relief under 28 U.S.C. § 2255.  Accordingly, the Court has not treated Defendant's motion as one under § 2255.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that Defendant's "Motion to File Out of Time"  (doc. 58) is denied.

DONE AND ORDERED this twenty-fifth day of February, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

2