**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's "Motion for Reduction of Sentence" pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 63). The Government filed a response in opposition (doc. 66). Defendant filed a reply to the Government's response (doc. 69).

18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines make it clear that the question of whether "a reduction in the term of imprisonment may be appropriate for previously sentenced, qualified defendants" remains squarely within "the sound discretion of the court." Accordingly, upon review of all the briefs filed, this Court finds that an application of the amendment results in no change to Defendant's guideline range. The Career Offender

enhancement sets Defendant's offense level at 37.  With a 3-point reduction for acceptance of responsibility, Defendant's total offense level remains at level 34.  Consequently, his guideline range remains 262-327 months as originally calculated.

Further, this Court finds that because there are no relevant facts in dispute, Defendant is not entitled to a hearing on these resentencing issues.  "[A] sentencing adjustment undertaken pursuant to Section 3582(c)(2) does not constitute a de novo resentencing." United States v. Bravo, 203 F.3d 778, 781 (11th Cir. 2000).  "All original sentencing determinations remain unchanged with the sole exception of the guideline range that has been amended since the original sentencing." Id.  And for this Defendant, that amendment does not result in a reduction of his original sentence.

Accordingly, it is ORDERED AND ADJUDGED that the "Motion for Reduction of Sentence" (doc. 63) is **denied**.

DONE AND ORDERED this twenty-fourth day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

2