UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

    This cause comes before the Court on Defendant's "Motion for Reconsideration" (doc. 75) of this Court's prior denial of Defendant's motion for a reduction in his sentence pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).

    18 U.S.C. § 3582(c) and § 1B1.10 of the United States Sentencing Guidelines clearly states that the question of whether "a reduction in the term of imprisonment may be appropriate for previously sentenced, qualified defendants" remains squarely within "the sound discretion of the court." Accordingly, this Court maintains that an application of the amendment results in no change to Defendant's guideline range. The Career Offender enhancement that set Defendant's offense level at 37 was determined to apply at Defendant's

sentencing hearing.  Any argument that the application of that provision was inapplicable should have been made at that time.  This Court does not have jurisdiction to revisit the application of that provision.  In fact, *any* argument from Defendant that is based on errors in the presentence investigation report are misplaced here.

Accordingly, it is ORDERED AND ADJUDGED that the "Motion for Reconsideration" (doc. 75) is **denied**.

DONE AND ORDERED this fifth day of September, 2008.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge