**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Upon consideration, Defendant's "Motion for Extension of Time" (doc. 78) to file objections is ***granted***.  Petitioner shall have up to and including ***October 10, 2008*** to file objections to the Report and Recommendation (doc. 77).

DONE and ORDERED this <u>fifth</u> day of September, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge