UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

THIS CAUSE comes before the Court upon the Defendant's "Motion to Alter or Amend the Judgment" (doc. 93) and Defendant's additional case citation in support (doc. 94). Defendant argues that relief should be granted under § 2255 and that Defendant's judgment should be vacated and a re-sentencing should be ordered. In effect, Defendant requests that issues addressed by the Magistrate Judge's Report and Recommendation (doc. 77) (previously adopted by this Court's order (doc. 91)) be revisited.

Upon de novo reconsideration of this matter in light of Defendant's present objections, the Court maintains that the Report and Recommendation should be adopted. As instructed by the Eleventh Circuit, this Court does "liberally construe pro se motions" in order to allow an opportunity for the development of potentially meritorious arguments. Kopali v. United States AG, 2009 U.S. App. LEXIS 3297,

*2 n.2 (11th Cir. Feb. 18, 2009).  In doing so, this Court has found that neither actual prejudice nor a fundamental miscarriage of justice will result from this Court's prior rulings.

Defendant makes no different or unique arguments in the motion to alter or amend.  He brings no new facts to light and he does not present any new legal position or interpretation of the law previously applied.  Defendant included all the relevant facts and legal authority in his petitions and responses.  All of these facts were considered by this Court and by the Magistrate Judge.  After such consideration, both Courts rightly found that Petitioner is not entitled to equitable tolling.  The arguments raised in the current motion do not add any additional factual  information.  Nor do they demonstrate any errors in this Court's application of law to the facts of Petitioner's case.  This Court maintains that equitable tolling is not appropriate in this case.  As a result, Defendant's § 2255 petition was untimely.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Petitioner's Motion to Alter or Amend Judgment (doc. 93) is ***denied***.

DONE AND ORDERED this <u>eighteenth</u> day of March, 2009.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge