UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO.: 1:04-CR-028-SPM

VINCENT RAINES,

    Defendant.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

    This cause comes before the Court on Defendant's motion for certificate of appealability (doc. 103). For the following reasons, a certificate of appealability will be denied.

    A defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the defendant can show that reasonable jurists could differ as to the resolution of the case either on the merits or as to any plain procedural bar. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    The Magistrate Judge's Report and Recommendation (doc. 77) addresses Defendant's claim and properly concluded that Defendant's § 2255 petition was filed more than a year beyond the expiration of his deadline for filing. The resolution of this case at this stage relies on a procedural issue. That procedural

ruling has been discussed by the Magistrate Judge and again by this Court in its adoption of the Report and Recommendation of the Magistrate Judge's order. The ruling on this procedural issue is not debatable and the issue does not deserve encouragement to appeal. Accordingly, it is

ORDERED AND ADJUDGED that the motion for certificate of appealability (doc. 103) is *denied*.

DONE AND ORDERED this fourth day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge