IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO.: 1:04-CR-28-SPM/AK-1

VINCENT KEITH RAINES.

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court on the Defendant's letter (doc. 105), which has been treated by the clerk as a motion for clarification. To clarify, the Defendant's federal sentence of 294 months has run concurrent with his state imposed prison sentence as of May 9, 2005, the date of imposition of the federal sentence. The undersigned has consulted the United States Probation Office and Bureau of Prisons, and has been assured that the Defendant's federal sentence has been calculated in accordance with the Court's Judgment.

    Based on the foregoing, it is ORDERED AND ADJUDGED that Defendant's motion for clarification (doc. 105), to the extent that it requests a

modification of the Court's prior orders or Judgment, is **denied**.

DONE AND ORDERED this <u>twenty-fourth</u> day of September, 2009.

       <u>*s/ Stephan P. Mickle*</u>
       Stephan P. Mickle
       Chief United States District Judge