IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                            CASE NO.: 1:04-CR-28-SPM/AK-1

VINCENT KEITH RAINES.

      Defendant.

_____/

### ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

THIS CAUSE comes before the Court on the Defendant's Motion for Relief from Judgment (doc. 125). On May 2, 2011, the Court adopted the Magistrate Judge's Report and Recommendation (doc. 121), filed February 18, 2011, which recommended that the Defendant's Motion to Vacate (doc. 120) be denied. Although the Defendant had been afforded an extension of time to respond to the Report and Recommendation on March 23, 2011 (doc. 123), no response was ever filed. In this motion, the Defendant requests relief from the Court's judgment and an additional opportunity to respond to the Magistrate Judge's Report and Recommendation.

Pursuant to Federal Rule of Civil Procedure 60(b)(1), the Court may relieve a party- on just terms- for reasons of mistake, inadvertence, surprise, or excusable neglect. In this case, the Defendant has demonstrated no just reason for his failure to respond to the Report and Recommendation, nor has he shown

that a response would have made any difference in the resolution of the case.

Based on the foregoing, it is ORDERED AND ADJUDGED that Defendant's Motion for Relief from Judgment (doc. 125) is **denied**.

    DONE AND ORDERED this <u>twenty-sixth</u> day of July, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge