**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO.: 1:04-CR-28-SPM/GRJ

VINCENT KEITH RAINES,

    Defendant.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

    This cause comes before the Court on Defendant's Notice of Appeal (doc. 129) which the Court will construe as a motion for a certificate of appealability (doc. 142). For the following reasons, a certificate of appealability will be denied.

    A defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standard is met if the defendant can show that reasonable jurists could differ as to the resolution of the case either on the merits or as to any plain procedural bar. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

    The Magistrate Judge's Report and Recommendation (doc. 121) addresses Defendant's claim and properly concludes that because Defendant

was previously denied collateral relief under § 2255, he is barred from seeking such relief in this Court absent prior certification from the Eleventh Circuit. This issue has been thoroughly discussed in the Report and Recommendation. The ruling on this issue is not debatable and the issue does not deserve encouragement to appeal. Accordingly, it is

ORDERED AND ADJUDGED that the Notice of Appeal (doc. 129) construed as a motion for certificate of appealability (doc. 142) is **denied**.

**DONE AND ORDERED** this 10th day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge